UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
......................................................................x
ENGELS GONZALEZ MARTE,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
......................................................................x

7:26-cv-04922-VR

REVISED SCHEDULING ORDER

The following revised briefing schedule is hereby ORDERED:

1. The Commissioner shall file the electronic record, which shall serve as her answer no later than September 10, 2026.
2. Plaintiff shall file and serve on the Commissioner ~~as~~ brief for requested relief no later than November 17, 2026.
3. The Commissioner shall file a brief and serve it on Plaintiff no later than January 18, 2027.
4. Plaintiff shall file any reply brief and serve it on Commissioner no later than February 1, 2027.

Dated: August 4, 2026

New York, New York

**SO ORDERED**

Victoria Reznik

VICTORIA REZNIK
UNITED STATES DISTRICT JUDGE

Dated: August 4, 2026